FILED
2020 Dec-21 PM 03:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

5:20-CV-2047-MHH-GMB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

2020 DEC 21 P 3:40

Inmate Identification Number #214280#

Richard Thad Pilkington

(Enter above the full name of the plaintiff in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

(The head of DOC classifaction)
(Classifaction here at Limestone.)
(Mrs oberchain)
(of DOC)

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )        No (✓)

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff: _____

           _____

           Defendant(s): _____

           _____

2

2. Court (if Federal Court, name the district; if State Court, name the county)
   _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____
   _____

7. Approximate date of disposition _____

II. Place of present confinement  Limestone Corr. Fac. 8-cell Lock-up

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )     No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?     Yes ( )     No ( )

   C. If your answer is YES:

      1. What steps did you take? _____
         _____

      2. What was the result? _____
         _____

   D. If your answer is NO, explain why not: I have filled out Request Slips and have wrote 5 to 6 letters for help. But there is no grievance procedure at all.

3

III. Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Richard Thad Pilkington

Address Limestone Corr. Fac.
28779 Nick Davis RD. Harvest AL. 35749

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant _____

Is employed as _____

at _____

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I have a hit over my head By the G-Ds from the head of the Gang, I have Been Jump cut ~~beated~~ sexaly asleted I have had Death treats. I can't get help Please Some one help me get in to Protective castody in Limeston E Dorm B side. that is were Portective castody is

here in D.o.C I have Been getting the run around mrs obrechan the head of classification Said I do not fit to Be in Protective Costody, why she will not tell me.

V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I need your help to please get me into PRotective Custody at Limestone E Dorm B. Side Befor Some one Kills me Please help me Please thank you And God Bless ones agin thank you for your help

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-5-20.

Richard chas Fildinyth
SIGNATURE

ADDRESS Limestone Corr. Fac.
28779 nick Davis RD
Harvest AL. 35749.
AIS # 214280

5

Mhld Wade McCllut
notary
my comm exp 5-6-23

I have a Sgihit conviction p. case pcue give me

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | ⑥ | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

(NOV circled, 6 circled)

① There is my Inmate Body chart Documentation Form. This is Behind the door in Lock-up is were this happen. 10 cell. Corizon.

② Classification Summary

the P.S.I States that I beat and Strangled my wife to Death. AND this is not true.

I fill when they see this they do not wont to help me, over from what the P.S.I Says.

③ here is my Inmate request slip of 30 of 40 of them. I have sent.
She only answered one thing, She will never give me a full answere answere

④ here is a note from a G.D' that was in Lock-up that sent word I owe him money, at the time my Cell mate. was in the same place.

To The Judge

I need your help please my life is on the line please help me get in to protective custody please I am in prison for what I Did I am very sorry for taking some ones life I am a chanced man I wont to come out a Better man. and not Die in prison over something that I fill that is out of my control. Now.

Please help me GoD Bless

**INMATE REQUEST SLIP**

Name Richard Pilkington  Quarters 8-cell  Date 9-27-20
AIS # 214280  8 am

( ) Telephone Call       ( ) Custody change     ( ) Personal Problem
( ) Special Visit        ( ) Time Sheet         (✓) Other I need your help Please.

Briefly Outline Your Request – Then Drop In Mail Box

I am in fear for my life I have a hit over my head $2500 they want me dead. my 14th amendment states that in your custody you have to pulled me at all harm. I wish to stay here until I can go to P.C. if you try to move me Back down South I promis I will kill my self now will you help me in this matter. I have sent you one Request Slip on this matter all ready and I have not got it Back why is that. thank you God Bless one more thing my enamey list I sent you

Do Not Write Below This Line – For Reply

Pilkington,

We have discussed this repeatedly.

YOU ARE NOT ON TRANSFER

Approved    Denied    Pay Phone    Collect Call

Request Directed to: (Check One)
( ) Warden           ( ) Deputy Warden           ( ) Captain
(✓) Classification Supervisor  ( ) Legal Officer – Notary Public  ( ) Record Office

10-28  9/29/2020

N176                    Limestone          cation



# CORIZON HEALTH
## Alabama Department of Corrections
## Inmate Body Chart Documentation Form

Institution: **LCF**   Date: **8-29-20**   Time: **12:35 AM**

Individual Requesting Body Chart (print name): **Johnson**   Title: **Lt**

**Inmate statement:**

"I got feces and urine throwed in my face." This happened around 7pm and I was left in my room without any help."



Handwritten annotations on diagram: "Look at the line"; "this is where it happened I did not get help until"; "5 ½" tattoo"

**Description of markings:**

W/M, A+O x3. Skin intact. No open areas or injuries noted. No edema or redness noted. Released to DOC

Check below:
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): **S Carterlyn**   Date: **8-29-20**   Time: **12:35 AM**

Inmate Name: **Pilkington, Richard**   AIS #: **214280**   DOB: **8-17-77**

CP70007AL   File: Original-Inmate Health File   Copy: ADOC Official   © 2014 Corizon Health Inc.
Issued 8/2014   ADOC Office of Health Services   Form E 11 (a) 8/2014

Bro My Brother $ said
you owe him 500$ And your
Cell partner owe him 100$ this is Eric Palmore
Whats up with the money, I'm
pullin up Boot that money Folk
You need to let me know
What It IS cause thats
nation money   this is a
        ↑       G.D. was in
    this 321-Cell  34 Cell.
     is GDs  the Term nation

I S[?] by
Bg. Rick
my name is
Richard Pilkington

10-Cell RICK

10-Cell RICK

ALABAMA DEPARTMENT OF CORRECTIONS  CLAS001
**CLASSIFICATION SUMMARY**

C28-1A

AIS # : 00214280A          NAME: PILKINGTON, RICHARD THAD          RACE: W   SEX: M

EARNING STATUS : PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -    LIMESTONE CORRECTIONAL CENTER

RECOMMMENDED CUSTODY IS - _Medium_ _____ APRROVED CUSTODY IS - _Medium_ ____

RECOMMMENDED INST IS - _LCF_ _____ APRROVED PLACEMENT IS - _LCF_ ____

| PRESENT WORK | ASSIGNMENT | NEW WORK ASSIGNMENT |

PRIMARY - _Seg Crew_

SECONDARY -

PROGRAM PARTICIPATION -

WAIVER OF CRITERIA REQUESTED FOR -

JUSTIFICATION AND COMMENTS -

APR – Pilkington is a repeat offender currently serving a twenty (20) year sentence for Murder. PSI details indicate Pilkington beat and strangled his wife to death. _this is why I believe I can't get help from a women_
Pilkington has an arrest history for Criminal Possession of a Forged Instrument (YOA), Theft of Property II (YOA), Assault III (probation), Theft of Property III (probation), Theft of Property I (probation), Fraudulent Use of a Credit Card (probation), Domestic Violence x2 (unknown), Illegal Possession of a Credit Card (nolle prossed), and Murder (ADOC).
Pilkington has one (1) disciplinary in the past year: RV #906 (Assault on an Inmate) – 7 May 2020 (Pilkington struck another inmate in face with his hand. No weapon or injury reported). Pilkington completed Anger Management, and maintains employment on the Segregation Crew.
Pilkington has eight (8) known enemies (1-Donaldson; 1-Elmore; 4-Fountain; 2-Ventress), no escapes, and no known sex offenses. Due to recent negative behavior, and PCD: Aug 2029, Pilkington is ineligible for less restrictive placement and/or custody. No change is therefore recommended.
PCD: Aug 2029 – MRD: 12 Aug 2034   No Detainers Found
ALACOURT and ALACOP/LETS checked
8 Feb 2019 – SL IV/MED   DNA – pending   MH-A/HC-1

_Because this is a year._

_this ball I can get one is put them on the enemie list, the G.O.S are all over._

_____        _Kirsten Ovenchain 5/29/2020_
CLASSIFICATION SPECIALIST   DATE    CLASSIFICATION CO-ORDINATOR   DATE

_[signature] 5/29/20_                _____
PSYCHOLOGIST   DATE                  CENTRAL REVIEW BOARD   DATE

_[signature] 5/29/20_                _____
WARDEN OR REPRESENTATIVE   DATE      CENTRAL REVIEW BOARD   DATE

_Richard Pilkington 5-22-2020_       _____
INMATE   DATE                        CENTRAL REVIEW BOARD   DATE

Limestone Imaged
_6/3/20_    _[signature]_
(date)      (by)

Run Date: 5/13/2020 2:53:00 PM                                    Page 9 of 9



Here is a copy of my letter

10-28-20

To: Head of Classification and Central Records

I am inmate Richard Pilkington Ais # 214280, and I am writing to inform both parties listed at the top of the page that I have serious concerns about my safety while I am in Alabama Department of Corrections Custody. My problems all started while I was at Kilby Processing Facility in 2016. I got I&I to investigate two officers, Blackmon and Simpson, who both assaulted me while I had handcuffs on. They hit me very hard in the stomach that my liver almost shut down. Blackmon was bringing drugs to Kilby, and got caught by Officer McKnutt of I&I. As a result, the gang known as G.D. said the package was for them, so because of my involvement with I&I they started exhorting me since they blamed me for the drug bust. When I was transferred to St. Claire Correctional Facility, within days, Michael Gray (Mike G.) and Bankhead, the head of the G.D.'s were at St. Claire started exhorting me. Mike G. and Bankhead put an order on me to pay them $20,000.00 for the lost of their horse and drugs.



② 

I have been to every prison in the state, except for Holman Correctional Facility. Due to cell phones in every prison in the state, somebody that is a member of the G.D.'s gang find me and begin exhorting me. I can't get help from the prison guards or staff, so I have to go to the next level, and start cutting my wrist to receive help from Mental Health. I have cut my wrist five times just to get help. Since I couldn't get help from prison guards and staff, I would have to borrow money to pay the G.D.'s off at every prison. As a result, I have borrowed over 10,000.00 from other inmates that I can't pay back, so my life is in extreme danger. While I was at Elmore Prison, I told two officers where drugs and phones were at, when they transferred me to Hamilton A&I, and they went back and told the inmates at Elmore to move their drugs and phones because I told them where everything was at. Now, there is a hit on my head for this as well, and they almost got me at Staton Correctional Facility. They were going to stab me up, so I ran to the Shift Office and told them I needed to see Mental Health. I told


⑤

Please help me concerning this matter. I would really appreciate it from the bottom of my heart. I have prayed concerning this situation and I'm very confident that I will get the help I need. Even since I've been in lock-up they have came to my cell and threw human fecies and urine in my face through my trayhole. I have been getting death threats and they have even tried to get inmates moved in the cell with me to hurt me or kill me. I have sent a list of names to the head of classification here, Ms. Blas, who now goes by Mrs. Overchain, that has it out to hurt me and they still put those inmates in the same lock-up, that I am in. I'm in need for help that they won't just put anybody in the cell with me, unless they are pending Protective Custody. There are seventy-six beds in Protective Custody and only 54 people over there. I have been in lock-up over five months. Mrs. Overchain told me herself that they don't have any beds available in Protective Custody, and that is the reason I haven't been moved over there, yet. Which I



have found to not be true. I have done my own investigation concerning protective custody and it's not a reason why I shouldn't be placed in Protective Custody. I have just as much right as anybody over there to be place in Protective Custody. My reasons are legitimate and true. I even cut my wrist in front of the Commissioner Jefferson Dunn and Cheryl Price when they came to Bullock Prison and they both refused to help me, after I explained my situation to them. Please help me get into Protective Custody here at Limestone Correctional Facility. May God Bless You All! Thank-you for your time and help.

Sincerely,

P.S. Would you please forward this letter to Ms. Bias (Mrs. Overchain) at Limestone Correctional Facility.

Richard Thad Pilkington
214280#

Mitchell Wade McCollust
notary       my comm exp 5-6-2023

To The Judge

I need To send this now I fill they are going to trainsfer me Soon I can not get all my records from mental Health and medical I have ask for them 5 times to show alot more. I had a @ Lt, tell me that they are about to get ride of me very soon after I ask him for help and this is what always happens they Just move me to the next prison my life is in extrem Danger please help me please. get in to P.C Pertective Corested. P.C Please for give me I have a 5 ~~~~ grade ~~a~~ leave education if not lower I had to do this on my ~~~~ own and what help I did get. He has told some people what He wrote for me. not good. Just one more thing. please help

GoD Bless